IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL ROOFING INDUSTRY PENSION PLAN, | ) ) ) | |
| and | ) ) | |
| ROOFERS AND WATERPROOFERS RESEARCH AND EDUCATION JOINT TRUST FUND | ) ) ) ) ) | |
| and | ) ) | Case No.   4:18-cv-02004-SPM |
| KINSEY ROBINSON, as trustee of the National Roofing Industry Pension Plan and trustee of the Roofers And Waterproofers Research and Education Joint Trust Fund | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CMT ROOFING, LLC, | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiffs, by and through the undersigned counsel, and pursuant to Rule 41 and the terms of the parties' Settlement Agreement, hereby request the Court dismiss 4:18-cv-02004-SPM, without prejudice, and with the right to reopen and file a Consent Judgment in the event the Defendant defaults upon its Settlement Agreement.



SO ORDERED.
Jul 22, 2019

Respectfully submitted,

| | |
|---|---|
| SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP | HARTNETT REYES-JONES, LLC |
| /s/ Thomas A. Durphy (by MJG with consent) | /s/ Matthew J. Gierse |
| THOMAS A. DURPHY, No. 49643MO | JAMES P. FAUL, No. 58799MO |
| 1 N. Brentwood Blvd., Ste 800 | MATTHEW J. GIERSE, No. 63828MO |
| St. Louis, Missouri, 63105 | 4399 Laclede Avenue |
| Telephone: (314) 241-3963 | St. Louis, Missouri 63108 |
| Facsimile: (314) 241-2509 | Telephone:   314-531-1054 |
| tdurphy@shandselbert.com | Facsimile:   314-531-1131 |
| | jfaul@hrjlaw.com |
| Attorney for Defendant | mgierse@hrjlaw.com |
| | Attorneys for Plaintiffs |